In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for the Extension of Ward's Island Sewage Treatment Works in the Borough of Manhattan.

ALMERINDO PORTFOLIO, as Treasurer of the City of New York, Appellant.

CHARLES H. JONES et al., as Executors of MARY E. JONES, Deceased, Respondents.

Submitted February 23, 1943; decided March 4, 1943.

*William C. Chanler*, Corporation Counsel (*Julius Isaacs, Leo Brown* and *William A. Marks* of counsel), for motion.

*Harry B. Chambers* and *Harry H. Chambers* opposed.

Motion dismissed with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.